# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SANSONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LVN LOPEZ,<br><br>　　　　Defendant.　　　　／ | CASE NO. 1:07-cv-01086-OWW-SMS PC<br><br>ORDER STRIKING DECLARATION OF WALTER WHITE<br><br>(Doc. 17) |

　　　　Plaintiff Richard M. Sansone ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's amended complaint, filed September 10, 2007, against defendant Lopez for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment.  On October 5, 2007, the court issued an order directing the United States Marshal to initiate service of process on defendant Lopez.  On October 9, 2007, plaintiff filed the declaration of inmate Walter White, in which Mr. White attests to actions and inactions of defendant Lopez.

　　　　Plaintiff may only submit evidence to the court if there is a motion or other proceeding pending which requires the submission of evidence.  A motion to dismiss for failure to exhaust or a motion for summary judgment are examples.  Fed. R. Civ. P. 12(b), 56.  At this juncture, there are no proceedings pending requiring the submission of evidence, and plaintiff may not simply submit evidence in a vacuum.

///

///

1  Because the declaration of Mr. White was not submitted in conjunction with a motion or
2  other proceeding, it is HEREBY ORDERED STRICKEN from the record.
3
4  IT IS SO ORDERED.
5  **Dated:   October 24, 2007**             /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE