# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SANSONE, | CASE NO. 1:07-cv-01086-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR COURT ORDER |
| v. | (Doc. 24) |
| LVN LOPEZ, | |
| Defendant. | |

Plaintiff Richard M. Sansone ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendant Lopez for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment. On January 28, 2008, plaintiff filed a motion seeking a court order mandating that prison officials provide plaintiff with legal materials and law library access.

This action arises from plaintiff's claim that when he was suffering from a staph infection, defendant Lopez denied him medical care on several occasions. There is no basis upon which the court may issues orders in this action against prison officials at California State Prison-Corcoran aimed at facilitating plaintiff's ability to litigate this action more effectively or efficiently. See City of Los Angeles v. Lyons, 461 U.S. 95, 101, 103 S.Ct. 1660, 1665 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). If plaintiff needs additional time to comply with an order or deadline, he may file a motion seeking an extension of time, along with a brief explanation concerning his inability to comply without the extension.

///

1     For the foregoing reason, plaintiff's motion is HEREBY DENIED.

3   IT IS SO ORDERED.

4   **Dated:   February 15, 2008**          /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE