# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SANSONE, | CASE NO. 1:07-cv-01086-OWW-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE, AND MOTION FOR SANCTIONS |
| v. | |
| LVN LOPEZ, | (Docs. 28 and 30) |
| Defendant. | |

Plaintiff Richard M. Sansone ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2008, Plaintiff filed a motion seeking a settlement conference. Defendant Lopez ("Defendant") filed an opposition on March 26, 2008, and Plaintiff filed a reply on April 16, 2008. In his reply, Plaintiff seeks the imposition of sanctions.

A settlement conference will be scheduled only if both parties believe it will be beneficial. At this juncture, Defendant is willing only to waive costs, an offer to which Plaintiff objects. The parties' filings demonstrate that a settlement conference will not be beneficial at this time.

Plaintiff's contention that he is entitled to sanctions because Defendant is attempting to gain dismissal of this case in contravention of the Court's orders is without merit. Defendant's offer to dismiss for costs was triggered by Plaintiff's motion for a settlement conference, and is neither improper nor in contravention of any orders.

///

///

Plaintiff's motion for a settlement conference, filed March 24, 2008, is HEREBY DENIED, and Plaintiff's motion for sanctions, filed April 16, 2008, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   April 18, 2008**              /s/ **Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE