# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. SANSONE, | CASE NO. 1:07-cv-01086-OWW-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDING AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| LVN LOPEZ, | (Docs. 22 and 31) |
| Defendant. | |

Plaintiff Richard M. Sansone is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 18, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties did not object to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 18, 2008, is adopted in full; and

///

///

1

1          2.       Plaintiff's motion for summary judgment, filed January 4, 2008, is DENIED.

3    IT IS SO ORDERED.

4    **Dated:    June 14, 2008**                            **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE