IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard M. Sansome, ) | No. CV 1-07-1086-FRZ |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Lopez, et al., ) | |
| ) | |
| Defendants. ) | |

Reflected as pending in this matter is a motion to compel (Doc. 35).

In light of the pending motion for summary judgment which remains under advisement, to which Plaintiff has filed a response in opposition, this motion shall be denied at this time. Moreover, the Court finds no basis upon which to grant Plaintiff's motion to compel. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Compel (Doc. 35) is DENIED.

DATED this 30th day of March, 2012.

Frank R. Zapata
Senior United States District Judge